**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-1495**

———————————

LUTHER C. EDMONDS,

Plaintiff - Appellant,

versus

JOHN E. CLARKSON, Individually and in his
official capacity as Judge, Fourth Judicial
Circuit of Virginia, Circuit Court of the City
of Norfolk; MARC JACOBSON, Individually and in
his official capacity as Judge, Fourth Judi-
cial Circuit of Virginia, Circuit Court of the
City of Norfolk; JEROME JAMES, Individually
and in his official capacity as Judge, Fourth
Judicial Circuit of Virginia, Circuit Court of
the City of Norfolk; EVERETTE A. MARTIN, JR.,
Individually and in his official capacity as
Judge, Fourth Judicial Circuit of Virginia,
Circuit Court of the City of Norfolk; JOHN C.
MORRISON, JR., Individually and in his offi-
cial capacity as Judge, Fourth Judicial Cir-
cuit of Virginia, Circuit Court of the City of
Norfolk; CHARLES E. POSTON, Individually and
in his official capacity as Judge, Fourth
Judicial Circuit of Virginia, Circuit Court of
the City of Norfolk; WILLIAM F. RUTHERFORD,
Individually and in his official capacity as
Judge, Fourth Judicial Circuit of Virginia,
Circuit Court of the City of Norfolk; LYDIA C.
TAYLOR, Chief Judge, Individually and in her
official capacity as Chief Judge, Fourth
Judicial Circuit of Virginia, Circuit Court of
the City of Norfolk; ALBERT TEICH, Individ-
ually and in his official capacity as Clerk,
Circuit Court of the City of Norfolk; COM-
MONWEALTH OF VIRGINIA JUDICIAL INQUIRY AND
REVIEW COMMISSION; PAUL F. SHERIDAN, Individ-
ually and in his official capacity as Chair-

man, Judicial Inquiry and Review Commission;
RENO S. HARP, III, Individually and in his
official capacity as Counsel, Judicial Inquiry
and Review Commission,

                                    Defendants - Appellees.

                    ────────────

                     No. 98-1612

                    ────────────

LUTHER C. EDMONDS,

                                    Plaintiff - Appellant,

        versus

JOHN E. CLARKSON, Individually and in his
official capacity as Judge, Fourth Judicial
Circuit of Virginia, Circuit Court of the City
of Norfolk; MARC JACOBSON, Individually and in
his official capacity as Judge, Fourth Judi-
cial Circuit of Virginia, Circuit Court of the
City of Norfolk; JEROME JAMES, Individually
and in his official capacity as Judge, Fourth
Judicial Circuit of Virginia, Circuit Court of
the City of Norfolk; EVERETTE A. MARTIN, JR.,
Individually and in his official capacity as
Judge, Fourth Judicial Circuit of Virginia,
Circuit Court of the City of Norfolk; JOHN C.
MORRISON, JR., Individually and in his offi-
cial capacity as Judge, Fourth Judicial Cir-
cuit of Virginia, Circuit Court of the City of
Norfolk; CHARLES E. POSTON, Individually and
in his official capacity as Judge, Fourth
Judicial Circuit of Virginia, Circuit Court of
the City of Norfolk; WILLIAM F. RUTHERFORD,
Individually and in his official capacity as
Judge, Fourth Judicial Circuit of Virginia,
Circuit Court of the City of Norfolk; LYDIA C.
TAYLOR, Chief Judge, Individually and in her
official capacity as Chief Judge, Fourth Judi-
cial Circuit of Virginia, Circuit Court of the
City of Norfolk; ALBERT TEICH, Individually

2

and in his official capacity as Clerk, Circuit Court of the City of Norfolk; COMMONWEALTH OF VIRGINIA JUDICIAL INQUIRY AND REVIEW COMMISSION; PAUL F. SHERIDAN, Individually and in his official capacity as Chairman, Judicial Inquiry and Review Commission; RENO S. HARP, III, Individually and in his official capacity as Counsel, Judicial Inquiry and Review Commission,

Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert E. Payne, District Judge. (CA-97-364-N)

---

Submitted: October 20, 1998          Decided: November 3, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Luther C. Edmonds, Appellant Pro Se. Gregory E. Lucyk, Mary Elizabeth Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Abram William VanderMeer, Jr., CLARK & STANT, P.C., Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Luther C. Edmonds appeals from the district court's orders (1) dismissing his 42 U.S.C.A. § 1983 (West 1994 & Supp. 1998) complaint and related state law claims (No. 98-1495), and (2) imposing sanctions against him under Fed. R. Civ. P. 11 (No. 98-1612). Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. Edmonds v. Clarkson, No. CA-97-364-N (E.D. Va. Mar. 15 & Apr. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED